## SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
2400 Johnson Avenue Suite 1G
Riverdale, New York 10463

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com　　　　　　　　　　　　　Diane Fischer, of Counsel

May 13, 2025

United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007
Attn: Clerk of the Court

**Re:** *United States of America v. Tartaglione, 24-1852*

Dear Clerk of Court:

    I am CJA counsel for the appellant Nicholas Tartaglione. I submit this letter to inform the Court of the status of the proceedings in the district court where we are seeking access to sealed transcripts and/or documents for use on appeal.

    Judge Karas has conducted his *in camera* review of the sealed docket entries and is making the filings available to the respective filing parties for their review On May 20, 2025. The parties will then advise the court which filings should be unsealed, and which should be disclosed only to the other party. For filings a party contends should remain sealed, the party will provide a general description and justification therefor.

    We will continue to report to the Court the progress of this review, and when we anticipate being able to file a scheduling letter.

                                        Respectfully submitted,

                                        /S/
                                  SUSAN C. WOLFE