# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-five.

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 24-1852 |
|   v. | |
| Nicholas Tartaglione, | |
|     Defendant - Appellant. | |

      Counsel for Appellant Nicholas Tartaglione filed a scheduling letter pursuant to Local Rule 31.2(a)(1)(D), requesting an extended brief filing deadline of Saturday, November 1, 2025.

      IT IS HEREBY ORDERED that the scheduling request is GRANTED, absent opposition. Appellant's principal brief must be filed by Monday, November 3, 2025.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

