**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1852-CR

**Caption [use short title]**

**Motion for:** Permission to file interim vouchers; co-counsel Susan Wolfe, Marsha Taubenhaus, Inga Parsons.

UNITED STATES

-v-

Nicholas Tartaglione

Defendant-Appellant

**Set forth below precise, complete statement of relief sought:**
Nature of the case (pending for 8 years), length of the trial and pretrial hearings and volume of motions, requiring ongoing, concentrated work and potential financial hardship

**MOVING PARTY:** Nicholas Tartaglione
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Susan C. Wolfe
**OPPOSING ATTORNEY:** AUSA Maurene Comey and Jacob Fiddelman, US Attorney's Office, SDNY

[name of attorney, with firm, address, phone number and e-mail]

Law Office of Susan C. Wolfe
2400 Johnson Avenue, Suite 1-G
917-209-0441  scwolfe@scwolfelaw.com

26 Federal Plaza, 37th Fl, New York, NY 10278 212-637-2324
Maurene.Comey@usdoj.gov; jacob.fiddelman@usdoj.gov

**Court-Judge/Agency appealed from:** HON. Kenneth Karas

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☐ Yes ☑ No (explain): a CJA matter not involving the government

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this Court?  ☐ Yes ☑ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
Susan C. Wolfe  s/   **Date:** Sept 2, 2025   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)