UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 24-1852 |
| -v- | DECLARATION IN SUPPORT OF MOTION |
| NICHOLAS TARTAGLIONE, | TO SUBMIT INTERIM VOUCHERS |
| Defendant-Appellant. | |

-------------------------------------------------------------x

SUSAN C. WOLFE, an attorney admitted to practice in this Court, hereby affirms as follows:

1. I am one of the attorneys appointed by this Court under the Criminal Justice Act to represent Nicholas Tartaglione on his appeal, along with two other attorneys.

2. This declaration is respectfully submitted in support of appellate counsels' request for permission to submit interim vouchers for CJA payment on this appeal.

3. From indictment through the filing of the notice of appeal, the district court docket spans almost eight years (2016 to 2024). The docket has 598 entries. The trial record is over 3,150 transcript pages, in addition to extensive pretrial proceedings and hearings. For those

reasons, and the nature of the charges, multiple murders, the Court has set a relatively extended schedule for filing the Appellant's Brief. Appellant's Brief is due on November 1, 2025.

3. Even before all transcripts were collected and the scheduling order was entered, counsel have been working steadily, reading and digesting the trial transcripts and annotating the lengthy pretrial *Curcio* and suppression hearings and related filings.

4. Because of the amount of resources that have been devoted to the appeal during the past year and that will be devoted to it on an ongoing basis over a substantial period of time, counsel request permission to file interim vouchers.

Wherefore, undersigned CJA counsel asks to be permitted to file interim vouchers for payment on work to date.

Dated: Sept 2, 2025

Respectfully submitted.

\_\_\_\_\_S/_____
SUSAN C. WOLFE

2