# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-five.

Before:     William J. Nardini,
                  *Circuit Judge.*

---

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 24-1852 |
| v. | |
| Nicholas Tartaglione, | |
|     Defendant - Appellant. | |

Appellant's counsel, Susan Wolfe, Marsha Taubenhaus, and Inga Parsons, seek leave to file interim CJA vouchers for payment on work to date.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                                For the Court:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court