# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand twenty-six.

Before:        Eunice C. Lee,
                  *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 24-1852 |
| v. | |
| Nicholas Tartaglione, | |
| Defendant - Appellant. | |

_____

Appellant seeks an increase of the word limit to 6,980 words for his second sealed brief.

IT IS HEREBY ORDERED that the motion to increase the word limit is granted in part. Appellant is permitted to file a second sealed brief of 6,000 words. The second sealed brief must be filed by Monday, May 11, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court